UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Ashley Nicole Smith,

Bankruptcy No. 23-31473

Chapter 7

Debtor.

Ashley Nicole Smith,

Plaintiff,

v.

Adversary No. 25-03054

U.S. Department of Education,

Defendant.

## ORDER FOR JUDGMENT

This matter came before the court on the Stipulation for Judgment and Discharge of Plaintiff's United States Department of Education Loans [Doc 16] between Debtor/Plaintiff Ashley Nicole Smith and Defendant United States Department of Education.

Based on all the files, records, and proceedings herein,

**IT IS ORDERED:**

Pursuant to the stipulation and 11 U.S.C. § 523(a)(8), the education-held student loans described in the stipulation are hereby not excepted from discharge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  *April 8, 2026*

*s/ Katherine A. Constantine*
KATHERINE A. CONSTANTINE
Chief United States Bankruptcy Judge