# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:                                                    Case No. 23-31473-KAC

Ashley Nicole Smith,                                      Chapter 7

     Debtor.

_____

Ashley Nicole Smith,

     Plaintiff,

v.                                                        Adv. Proc. No. 25-03054

U.S. Department of Education,

     Defendant.

_____

## JUDGMENT
_____

This proceeding came before the Court, and a decision or order for judgment was duly rendered, Katherine A. Constantine, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:** That pursuant to the stipulation and 11 U.S.C. § 523(a)(8), the education-held student loans described in the stipulation are hereby not excepted from discharged.

Dated: April 8, 2026

Tricia Pepin
United States Bankruptcy Court Clerk

By: /e/ Caleb Gurujal
Deputy Clerk