# ☙MOHELA®

Melinda J. Maune
Legal Counsel
636.733.3700 ext. 7285
636.787.2777 fax

**RECEIVED BY MAIL**

April 16, 2026

**APR 22 2026**

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA

Jeffrey J. Bursell
Solvent PLLC
2223 5th Street
P. O. Box 10860
St. Paul, MN 55110

Re:    Ashley Smith
       **Adversary Proceeding  25-03054**

Dear Jeffrey Bursell:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regard to the above-referenced Adversary Proceeding.  The Adversary Proceeding in question pertains to the discharge of a certain federal student loan(s).  Please be advised that MOHELA does not own or hold any student loans on which your client, Ashley Smith, is the obligor.  Therefore, any judgment taken against MOHELA in this proceeding would have no effect on the student loan obligations.

MOHELA's only relationship to your client is that MOHELA serviced a federal student loan(s), owned by the U.S. Department of Education, on which your client, Ashley Smith is the obligor, until the loan(s) transferred to Aidvantage on or about July 11, 2024.  The U.S. Department of Education, as the owner and holder of the student loan(s), is the only appropriate party to this proceeding, relative to your client's student loan(s). Based on the foregoing, I respectfully request that you dismiss all claims against MOHELA.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/jo

cc:    Clerk of Court
       U.S. Bankruptcy Court
       200 Warren E. Burger Federal Building
       and United States Courthouse
       316 North Robert Street
       St. Paul, MN 55101



Melinda J. Maune
Legal Counsel
636.733.3700 ext. 7285
636.787.2777 fax

April 16, 2026

Clerk of Court
U.S. Bankruptcy Court,
200 Warren E. Burger Federal Building
and United States Courthouse
316 North Robert Street
St. Paul, MN 55101

Re:   Ashley Smith
**Adversary Proceeding #: 25-03054**

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regard to the above-referenced Adversary Proceeding.  Please see the enclosed letter sent to the Debtor's attorney entered in this Adversary Proceeding.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/jo
Enclosure